**UNITED STATES BANKRUPTCY COURT**
**Southern District of Florida  www.flsb.uscourts.gov**
**Chapter 13 Plan (Individual Adjustment of Debts)**

☒ **6th**   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

Debtor: **Medina, Miguel**        Joint Debtor: **Guedes, Mayra M**        Case No: **11-33566-AJC**
Last Four Digits of SS# **0970**        Last Four Digits of SS# **0973**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of **60** months: In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $**1,103.96** for months **1** to **60** ; in order to pay the following creditors:

Administrative:   Attorney's Fee - $ **3,000.00** TOTAL PAID $ **3,000.00**
                 Balance Due: $ **0.00** payable $ /month (Months **0** to **0** )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Arrearage on Petition Date $ **0.00**
Arrears Payment $ **0.00** /month (Months **0** to **0** )
Regular Payment $ **0.00** /month (Months **1** to **60** )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and | Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|---|
| **Wells Fargo Delaware Trust Company as Trustee for Vericrest** | **Investment Property: 5326 Beauty Street, Lehigh Acres, FL 33971 - Legal Description: LEHIGH ACRES UNIT 9 BLK 73 PB 26 PG 44 LOT 6 - Account # 9800856941** | 50,000.00 | 5.00 | 943.56 | 1-60 | 56,613.70 |
| **Bank of America** | **Homestead Property 2nd mortgage - Account # 68218007103399 - Lien Strip** | 200,000.00 | 0 | 0 | 0 | 0 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. **None**        Total Due $
                  Payable $ /month (Months  to  ) Regular Payment $ _____.

Unsecured Creditors: Pay $**50.00** /month (Months **1** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
1. **Seterus - Acct# 10888383. Homestead Property - 1st Mortgage to be paid outside plan.**
2. **Infiniti Finance - Car 2008 Infiniti M35 - Account # 00880034738560001. Keep current - Paid outside plan.**
3. **Fifth Third Bank - Car 2007 Chevrolet Silverado 1500 - Account # 0871695987. Keep current - Paid outside the plan.**
4. **POC # 1 - FIA Card Services - Credit Card Debt - Objection to Claim Filed**
5. **POC # 2 - Infiniti Financial Services - Car Debt - POC withdrawn.**
6. **POC # 13 - Bank of America N.A. - Account # 68218007103399 - 2nd mortgage for Homestead Property - Listed in Cram Down Box.**
7. **POC # 14 - Wells Fargo Delaware Trust Company, N.A as Trustee for Vericrest - Account # 9800856941 - Mortgage for Investment property - Listed in Cram Down Box.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Miguel Medina**                           **/s/ Mayra M Guedes**
Debtor                                          Joint Debtor

Date: **October 23, 2012**                      Date: **October 23, 2012**
LF-31 (rev. 01/08/10)